**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6668**

———————————

JOHN IBARRA,

Plaintiff - Appellant,

versus

KATHY HAWKS; GIL INGRAM; JIM BRAND; GEORGE
KERNEY; JOHN FANELLO; MIKE PETTIFORD; STEVE
LABIER; DOCTOR DALUGA; MR. GOMEZ; THE UNITED
STATES FOR THE USE AND BENEFIT OF C. ROGER
JENNINGS, d/b/a Jennings Concrete Contractors;
FEDERAL BUREAU OF PRISONS,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Henry M. Herlong, Jr., District
Judge.  (CA-95-190-9-20-JC)

———————————

Submitted:  December 12, 1996    Decided:  December 19, 1996

———————————

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

John Ibarra, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE
OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his complaint brought under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm largely on the reasoning of the district court. <u>Ibarra v. Hawks</u>, No. CA-95-190-9-20-JC (D.S.C. Feb. 26, 1996). We note only that while the district court may have over-looked one of Appellant's objections to the magistrate judge's report, Appellant failed to demonstrate a genuine issue of material fact regarding that claim, and therefore the grant of summary judgment in favor of the Defendants was appropriate. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>